IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50947
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME ARANDA-LUGO, also
known as Jaime Lugo-Aranda,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-99-CR-420-ALL-H
--------------------
June 15, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Jaime Aranda-Lugo appeals from his conviction for illegal reentry into the United States after deportation in violation of 8 U.S.C. § 1326. He argues that the district court erred by admitting evidence that he had been deported on three prior occasions. We have reviewed the record and find no reversible error. Evidence of Aranda-Lugo's repeated prior re-entries and deportations tended to prove that Aranda-Lugo intended to enter the United States on the instant occasion. See United States v. Osum, 943 F.2d 1394, 1404 (5th Cir. 1991). The district court

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

did not abuse its discretion by admitting evidence of Aranda-Lugo's prior deportations.  Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.